**Fill in this information to identify the case:**

Debtor name: **Mayville Holdings, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 29, 2023**   X **/s/ Micheal Eisenga**
Signature of individual signing on behalf of debtor

**Micheal Eisenga**
Printed name

**Sole Member First American Properties**
Position or relationship to debtor

---

Official Form 202   **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: **Mayville Holdings, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alliant Energy** PO Box 3062 Cedar Rapids, IA 52406 | | Electricity (8/11/2023-9/13/2023) | | | | $2,632.46 |
| **Badger Pest Control, LLC** N2082 County Rd K Watertown, WI 53098 | | Invoice 54881 Invoice 55672 Pest control services | | | | $240.00 |
| **Badger State Recovery, Inc.** 305 HWY AA P.O. BOX 99 New Auburn, WI 54757 | | Invoice #61093 | | | | $40.00 |
| **Corporate Business Systems** 6300 Monona Dr., Suite C Madison, WI 53716 | | Copier charges | | | | $175.73 |
| **Delta Dental of Wisonsin** PO Box 828 Stevens Point, 20 54481 | | | | | | $776.82 |
| **First Unum Life Insurance Co.** P.O. Box 406927 Atlanta, GA 30384 | | Group life and accident coverage | | | | $85.65 |
| **Genoa Healthcare** 707 S. Grady Way Ste. 400 Renton, WA 98057 | | Disposal of used medical | | | | $242.87 |
| **GFL Environmental** 26777 Central Park Blvd. Suite 255 Southfield, MI 48076 | | Trash and recycling services | | | | $952.83 |

| Debtor | Mayville Holdings, LLC | Case number (if known) | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kaul Refrigeration, Inc.**<br>**1010 South Sprint Street**<br>**P.O. Box 415**<br>**Beaver Dam, WI 53916** | | **Invoice #018181** | | | | $252.41 |
| **MCHS Ocucpational Health**<br>**P.O. Box 735249**<br>**Chicago, IL 60673** | | **Employee service** | | | | $59.10 |
| **Old National Bank**<br>**P.O. Box 3728**<br>**Evansville, IN 47736** | | **1175 Breckenridge St., Mayville, WI 53050** | | $5,511,724.94 | $2,150,000.00 | $3,361,724.94 |